Nicholas D Scoyni
1701 Blaine, blv
Caldwell, Idaho 83605
2085198246

U.S. COURTS

AUG 17 2020

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
for the
District of Idaho

Nicholas D Scoyni

Plaintiff /

-v-

Central Valley Fund, L.P.,

MB Financial Bank N.A.

Defendant(s)

) Case No. 1:20-CV-000402-REB
)
)
)
)
)
) Certificate of service
) Proof of Service,
) Jury - yes  SUMMONS CIV
)
)
)

It is hereby certified that services of the foregoing documents (Proof of Service — SUMMONS CIVIL) have been made this 8/14/20 by placing of a Legal sized envelope with proper postage in the United States postal service mailed to.

Central Valley Fund.L.P.
1590 Drew Av Suite 110
Davis, CA 95.618

By Nicholas D Scoyni

U.S.D.C. att: Clerk
550 W. Fort st
Boise ID, 83724

MB Financial Bank
6111 - N. River rd
3rd Floor
Rosemont, Illinois
60018

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:20-CV-00402-REB

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MB Financil Bank N.A 6111 N. River Rd 3rd Floor Rosemont, Illinois 60018

was received by me on *(date)* 8/14/20

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: AS TO - I.R.C.P. Rule 4(d)(3)(c)(i) Service To A corporation, Partnership or Association Agent out of State of Idaho

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/14/20

*Server's Signature*

Mary Hofstetter
*Printed name and title*

1701 Blaine St. Caldwell, Id 83605
*Server's address*

U.S. COURTS
AUG 17 2020
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Additional information regarding attempted service, etc: NO #

Certified Mail (To Att: CEO - President - Representative) 8/14/20

By - To - MB Financial Bank 6111 N River Rd 3rd Floor Rosemont, Illinois 60018

Mary Hofstetter

1:20-CV-00402-REB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Central Valley Fund, L.P.
was received by me on *(date)* 8/14/20 . 1590 Drew Ave Suite 110
Davis, CA 95618

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: AS TO- I.R.C.P. Rule4(d)(3)(c)(i)
Service to a corporation, Partnership or Association
Agent out of State of Idaho

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/14/20

*Server's signature*

Mary Hofstetter
*Printed name and title*

1701 Blaine St. Caldwell, Id 83605
*Server's address*

U.S. COURTS
AUG 17 2020
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Additional information regarding attempted service, etc: NO#

Certified Mail To (Att: CEO - President -
8/14/20             ~Representative)
                    Central Valley Fund, L.P.
        By - to -   1590 Drew Ave Suite 110
Mary Hofstetter     Davis, CA 95618

