Kenneth C. Howell, ISB No. 3235
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5226
Email: khowell@hawleytroxell.com
        bwilson@hawleytroxell.com

Attorneys for Defendant MB Financial Bank N.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS D. SCOYNI,<br><br>       Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY FUND L.P., and MB FINANCIAL BANK, N.A.,<br><br>       Defendants. | Case No. 1:20-cv-00402-REB<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Fifth Third Bank, National Association ("Fifth Third"), successor by merger to MB Financial Bank, N.A., through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-

financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Fifth Third, at the time this action was commenced, was and still is a national association, with its principal place of business in the State of Ohio. Fifth Third is a wholly-owned, indirect subsidiary of its parent corporation, Fifth Third Bancorp, a publicly-traded corporation. No publically held corporation other than Fifth Third Bancorp owns 10% or more of Fifth Third.

Dated:  September 9, 2020                Respectfully submitted,
        Boise, Idaho

                                         HAWLEY TROXELL ENNIS & HAWLEY LLP


                                         By /s/ Brent R. Wilson_____
                                            Brent R. Wilson, ISB No. 8936
                                            Attorneys for Defendant MB Financial Bank N.A.

DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 2

55555.0606.13143235.1

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 9th day of September, 2020, I electronically filed the foregoing DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

   AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| | |
|---|---|
| Nicholas D. Scoyni<br>1701 Blaine St.<br>Caldwell, ID 83605<br><br>*Plaintiff* | ☑ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Facsimile |

/s/ Brent R. Wilson
Brent R. Wilson

DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 - 3