UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS D. SCOYNI,<br><br>                      Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY FUND L.P II & III,<br>CVF Capital partners,<br>MB financial bank,<br>Fifth Third Bancorp,<br><br>                      Defendants. | No. 1:20-cv-00402-SEH<br><br>**ORDER** |

The Complaint in this case was filed by Nicholas D. Scoyni, Plaintiff, on August 14, 2020.[1] Two Defendants, Central Valley Fund L.P. ("Central Valley") and MB Financial Bank, N.A. ("MB Financial"), were named. Summons were issued.[2] Central Valley appeared on September 4, 2020, and filed a Motion to Dismiss for Lack of Personal Jurisdiction with supporting brief.[3] MB Financial appeared on September 9, 2020, and filed a Motion for Extension of Time to File an Answer or Motion to Dismiss with supporting brief.[4]

---

[1] Dkt. 1.

[2] Dkt. 2.

[3] Dkts. 4, 5, 6.

[4] Dkt. 9.

On September 11, 2020, Plaintiff filed a motion requesting that the Clerk enter default[5] of the named Defendants, both of whom had previously appeared and had filed motions pending before the Court. Neither was in default.

ORDERED:

Plaintiff's request that the Clerk enter default[6] is DENIED.

DATED this 8th day of October, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[5] Dkt. 14.

[6] Dkt. 14.