Kenneth C. Howell, ISB No. 3235
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com
       bwilson@hawleytroxell.com

Attorneys for Defendant MB Financial Bank N.A.
and Fifth Third Bancorp

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS D. SCOYNI,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY FUND L.P., and MB FINANCIAL BANK, N.A. et al.,<br><br>    Defendants. | Case No. 1:20-cv-00402-SEH<br><br>DECLARATION OF THOMAS ROSS IN SUPPORT OF MOTION TO DISMISS PLAINTIFF NICHOLAS D. SCOYNI'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) BY DEFENDANT FIFTH THIRD BANK, NATIONAL ASSOCIATION (DKT. NO. 32) |

    I, Thomas Ross, hereby swear and declare as follows:

    1.    I am currently employed as the Vice President/Director of Corporate Real Estate for Fifth Third Bank, National Association ("Fifth Third"). I have personal knowledge of and am competent to testify to the facts stated below, and I am authorized to submit this declaration

DECLARATION OF THOMAS ROSS IN SUPPORT OF MOTION TO
DISMISS PLAINTIFF NICHOLAS D. SCOYNI'S AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(2) BY DEFENDANT FIFTH THIRD
BANK, NATIONAL ASSOCIATION (DKT. NO. 32)- 1

on behalf of Fifth Third. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Fifth Third acquired the named defendant, MB Financial Bank, in 2019. Prior to the merger with Fifth Third, MB Financial maintained its principal place of business in the state of Illinois.

3. Fifth Third is a national banking association that is headquartered in Ohio with its principal place of business at 38 Fountain Square Plaza, Cincinnati, Ohio 45263. It is one of the largest consumer banks in the Midwestern United States and operates more than 1,100 branches and more than 2,400 automated teller machines in Ohio, Kentucky, Indiana, Michigan, Illinois, Florida, Tennessee, West Virginia, Georgia, and North Carolina.

4. Fifth Third is principally located in the Midwest and Southeast, without any physical consumer banking presence west of the Mississippi, including in Idaho. It does not have or operate any branches or automated teller machines in Idaho. Because Idaho is outside of Fifth Third's geographic footprint, it does not routinely provide credit or loan services to clients that are domiciled in Idaho, and the vast majority of its customers are located outside of Idaho.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of October, 2020, in Cincinnati, Ohio.

_____
Thomas Ross

DECLARATION OF THOMAS ROSS IN SUPPORT OF MOTION TO DISMISS PLAINTIFF NICHOLAS D. SCOYNI'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) BY DEFENDANT FIFTH THIRD BANK, NATIONAL ASSOCIATION (DKT. NO. 32)- 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2020, I electronically filed the foregoing DECLARATION OF THOMAS ROSS IN SUPPORT OF MOTION TO DISMISS PLAINTIFF NICHOLAS D. SCOYNI'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) BY DEFENDANT FIFTH THIRD BANK, NATIONAL ASSOCIATION (DKT. NO. 32) with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jon T. Simmons | jsimmons@evanskeane.com |
| Scott R. Rowley | srowley@evanskeane.com |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

Nicholas D. Scoyni  
1701 Blaine St.  
Caldwell, ID 83605  

☒ U.S. Mail, Postage Prepaid  
☐ Hand Delivered  
☐ Overnight Mail  
☐ E-mail  
☐ Facsimile  

*Plaintiff*


/s/ Brent R. Wilson  
Brent R. Wilson

DECLARATION OF THOMAS ROSS IN SUPPORT OF MOTION TO DISMISS PLAINTIFF NICHOLAS D. SCOYNI'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) BY DEFENDANT FIFTH THIRD BANK, NATIONAL ASSOCIATION (DKT. NO. 32)- 3

58721.0001.13223589.2