# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Video Motion hearing**

U.S. District Judge: Sam E. Haddon  
Deputy Clerk: Sunny Trumbull  
Court Reporter: Tammy Hohenleiter  

Date: November 5, 2020  
Time: 2:30 – 3:13 p.m.

SCOYNI vs. CENTRAL VALLEY FUND L.P. et al, CASE NO. 1:20-cv-402-SEH

Appearances:   Pro Se Plaintiff: Nicholas Scoyni  
                Central Valley Defendants: Jon Simmons  
                Defendants MB Financial Bank and Fifth Third Bancorp: Brent Wilson

The Court noted this matter is now set for hearing on Defendant's Motion to Dismiss (docket #32).

Counsel stipulated to MB Financial Bank being dismissed as a party, with the responsibilities of MB Financial Bank transferring to Fifth Third Bancorp. An order is forthcoming.

Court found that Plaintiff has not met the necessary requirements in his amended complaint. Plaintiff ordered to file a second amended complaint and serve a copy on all the parties by Monday, November 16, 2020 at 3:45 p.m. (Pacific Time)/4:45 p.m. (Mountain Time).

The Court ordered all pending motions to dismiss (docket #32, 33, 40, 45 and 46) denied without prejudice.  Motions may be re-filed in response to the second amended complaint, if appropriate, and they must include new supporting documentation.