UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLAS D. SCOYNI,<br><br>                          Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY FUND L.P II & III,<br>CVF Capital partners,<br>MB financial bank,<br>Fifth Third Bancorp,<br><br>                         Defendants. | No. 1:20-cv-00402-SEH<br><br>ORDER |

A hearing on "Defendant Fifth Third Bank, National Association, successor to named Defendant MB Financial Bank, N.A.'s" "Motion to Dismiss Plaintiff Nicholas D. Scoyni's Amended Complaint Pursuant to Fed. R. Civ. P. 12 (B) (2)"[1] was held on November 5, 2020. Plaintiff was present *pro se.* Jon T. Simmons, Esq., was present for CVF Capital Partners, Central Valley Fund L.P. II, and Central Valley L.P. Fund III. Brent R. Wilson, Esq., was present for MB Financial Bank, N.A.

On the record made in open court, Plaintiff and Defendant MB Financial Bank stipulated:

(1) Fifth Third Bank, National Association is successor in interest to MB Financial Bank;

(2) Fifth Third Bank, National Association has assumed all rights and obligations of MB

---

[1] Doc. 32.

Financial Bank; and (3) dismissal of MB Financial Bank as a party to the action is appropriate.

ORDERED:

1. All claims against MB Financial Bank are DISMISSED .

2. MB Financial Bank is DISMISSED as a party.

FURTHER ORDERED:

3. Plaintiff shall file a second amended complaint on or before 3:45 p.m. PST on November 16, 2020.

4. The second amended complaint shall fully comply with all pleading standards and requirements of *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544 (2007), and subsequent decisions of the Ninth Circuit that address *Iqbal* and *Twombly* pleading requirements.

5. The second amended complaint is expected to state the specific facts alleged by Plaintiff to have harmed him that are asserted to have been engaged in by each Defendant named in the second amended complaint and that will enable the Court to draw reasonable inference from the complaint that each Defendant named is liable for the conduct that each Defendant is asserted to have engaged in. The second amended complaint shall state the actions and conduct of each named Defendant that Plaintiff asserts to have damaged his legally protected interests or property rights and that give rise to the claim or claims Plaintiff asserts against each named Defendant.

6. Additional defendants named in the second amended complaint shall be served with process without delay.

7. All pending motions[2] are DISMISSED WITHOUT PREJUDICE, subject to resubmission upon filing of the second amended complaint.

8. Motions filed in response to the second amended complaint shall be fully briefed[3] and shall not incorporate by reference citations, arguments, or statements of position contained in previously filed briefs.

9. The caption of the case shall be amended to appropriately identify all parties named in the second amended complaint.

DATED this 9th day of November, 2020.

*SAM E. HADDON*
United States District Judge

---

[2] *See* Dkts. 32, 33, 40, 45, and 46.

[3] "Fully briefed," as referenced in this Order, means the brief in support of the motion and the opposing party's response brief are filed by the "fully briefed" deadline. Reply briefs are optional.